## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Marilyn D. Go          **DATE :**   12/17/08

**DOCKET NUMBER**   08CR559(CBA)          **LOG #:**   3:04 — 3:12

**DEFENDANT'S NAME :**   Salvatore Maniscalco, Jr.
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :**   Joel Winograd
___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:**   Nicole Argentieri          **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :** _____ (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start _____   Stop _____

✓ Order of Speedy Trial entered.   Code Type ___   Start 12/17/08   Stop 12/29/08

✓ Defendant's first appearance.   ✓ Defendant arraigned on the superseding indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

X   Status conference set for   12/29/08 @ 9:30   before Judge   Amon

**OTHERS :** _____